UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHANNEL CONSTRUCTION, INC., an Alaska corporation,<br><br>Defendant. | Case No. C14-0474RSM<br><br>ORDER FOR STATUS REPORT |

THIS MATTER was filed on March 31, 2014. Dkt. #1. On April 2, 2014, Plaintiffs filed a Notice that Defendant had filed for Chapter 11 bankruptcy, and therefore an automatic stay was in effect. Dkt. #3. No further action has been taken since that date. Accordingly, Plaintiffs are directed to file a Status Report no later than May 10, 2017, advising the Court of the status of this matter.

DATED this 3rd day of May, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1